CORNELIA JONES ET AL. *v.* FRANKLIN M. FOOTE

The plaintiffs' motion for continuance from the October Term to the November Term, 1973, in the appeal from the Superior Court in Hartford County is denied.

*Sydney T. Schulman,* in support of the motion.

Submitted October 4—decided October 4, 1973

A. D. C. CONTRACTING AND SUPPLY, INC. *v.* ALFRED H. KING ET AL.

The motion to dismiss the appeal by the defendants Shore Line Insulation, Inc., et al. from the Superior Court in Fairfield County is denied.

*Pasquale Young,* for the appellees (defendants Shore Line Insulation, Inc., et al.).

*Herbert S. Savitt,* for the appellant (plaintiff).

Argued October 2—decided October 10, 1973

STATE OF CONNECTICUT *v.* PATRICK MENILLO

The defendant's motion for remand of his pending appeal to the trial court and for an order that his conviction be vacated and the information against him dismissed in the appeal from the Superior Court at Waterbury is denied without prejudice to a full presentation of the issues on the pending appeal.

*Thomas L. Nadeau,* in support of the motion.

*Francis M. McDonald,* state's attorney, in opposition.

Submitted September 28—decided October 10, 1973